IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HITEL TECHNOLOGIES LLC,<br>　　　　*Plaintiff,*<br><br>v.<br><br>EWING IRRIGATION PRODUCTS INC.,<br>　　　　*Defendants.* | § § § § § § § § § | 6:22-CV-00897-ADA-DTG |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 17. The report recommends that this Court grant the parties' joint motion to dismiss (ECF No. 16). The report and recommendation was filed on March 21, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

　**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No.17) is **ADOPTED**.

　**IT IS FURTHER ORDERED** that the parties' joint motion to dismiss (ECF No. 16) is **GRANTED**.

**IT IS FINALLY ORDERED** that all claims and counterclaims in the above-styled case be dismissed, with prejudice to the rights of any party to refile the same or any part thereof. Each party be taxed its own costs of court, and the Clerk of Court is directed to close the above case.

SIGNED this 20th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE